1461    sbk/jss       /ald

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KERI MARKSTEINER, ) | |
| ) | |
| Plaintiff, ) | No.: 04 C. 2859 |
| ) | |
| vs. ) | |
| ) | Magistrate Judge Michael T. Mason |
| L&D TRANSPORTATION SERVICES, ) | |
| INC., a Corporation, and EDWARD ) | |
| CINNAMON, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

FILED AUG 3 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   Mr. Mark Trevino
      Briones Harvey & Trevino
      1912 Ridge Road
      Homewood, IL 60430

On **9/7**, 2004 at **10:00** a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Presiding or any judge sitting in his stead, in the courtroom usually occupied by him in Room **2214** of the United States District Court, Northern District of Illinois, Eastern Division, and shall then and there present **Defendants' Motion for Qualified Protective Order**, a copy of which is attached hereto.

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
208 South LaSalle Street, Suite 1154
Chicago, IL 60604
312-332/6644
ARDC #6207172

### 1-109 Certificate

I certify that I served this Notice by mailing a copy to each person to whom it is directed at the addresses above indicated by depositing same in the U.S. Mail at 208 South LaSalle, Chicago, Illinois, on August **31**, 2004, with proper postage prepaid at or before 4:30 p.m.

_____
Shimon B. Kahan, Attorney at Law



1461   sbk/jss        /ald



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERI MARKSTEINER, | ) |
| | ) |
| Plaintiff, | ) No.:  04 C. 2859 |
| | ) |
| vs. | ) |
| | ) Magistrate Judge Michael T. Mason |
| L&D TRANSPORTATION SERVICES, | ) |
| INC., a Corporation, and EDWARD | ) |
| CINNAMON, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS L&D TRANSPORTATION SERVICES, INC. AND EDWARD CINNAMON'S MOTION FOR QUALIFIED PROTECTIVE ORDER

Now come the Defendants, L&D TRANSPORTATION SERVICES, INC. and EDWARD CINNAMON, by their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, who move that this court enter an order for entry of a qualified protective order regarding an order permitting defendant to obtain records and providing protection to the health care providers under HIPAA. Defendant will need to subpoena complete copies of records from various healthcare providers, who need entry of such an order even as a supplement or addition to an executed authorization. While defendant is providing HIPAA authorizations to the plaintiff, certain health care providers feel more "protected" by the provision of an order such as this.

Plaintiff's counsel has agreed to the entry of the qualified protective order.

WHEREFORE, the defendants L&D Transportation Services, Inc. and Edward Cinnamon move that this court enter a qualified protective order to permit with defendant's completion of medical discovery in this case. A proposed order is attached to this motion.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER LLC

By: Shimon B. Kahan

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
208 South LaSalle Street, Suite 1154
Chicago, IL 60604
312/332-6644
Atty No. 38836

2