1461   sbk/jss   /ald

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KERI MARKSTEINER,           )
                            )
   Plaintiff,               )
                            )   No.: 04 C. 2859
vs.                         )
                            )   Magistrate Judge Michael T. Mason
L&D TRANSPORTATION SERVICES,)
INC., a Corporation, and EDWARD )
CINNAMON,                   )
                            )
   Defendants.              )

FILED
DEC 30 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
JAN - 4 2005

## NOTICE OF MOTION

To:   Mr. Mark Trevino
      Briones Harvey & Trevino
      1912 Ridge Road
      Homewood, IL 60430

On __1/5/05__, ~~2004~~ at __9:00__ a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Presiding or any judge sitting in his stead, in the courtroom usually occupied by him in Room __2214__ of the United States District Court, Northern District of Illinois, Eastern Division, and shall then and there present **Defendants' Motion to Extend Discovery**, a copy of which is attached hereto.

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
208 South LaSalle Street, Suite 1154
Chicago, IL 60604
312-332/6644
ARDC #6207172

### 1-109 Certificate

I certify that I served this Notice by mailing a copy to each person to whom it is directed at the addresses above indicated via facsimile and by depositing same in the U.S. Mail at 208 South LaSalle, Chicago, Illinois, on December 30, 2004, with proper postage prepaid at or before 4:30 p.m.

_____
Shimon B. Kahan, Attorney at Law

11

1461    sbk/jss         /ald

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KERI MARKSTEINER, ) | |
| ) | |
| Plaintiff, ) | No.:  04 C. 2859 |
| ) | |
| vs. ) | |
| ) | Magistrate Judge Michael T. Mason |
| L&D TRANSPORTATION SERVICES, ) | |
| INC., a Corporation, and EDWARD ) | |
| CINNAMON, ) | |
| ) | |
| Defendants. ) | |

**FILED DEC 3 0 2004 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

**DOCKETED JAN - 4 2005**

### DEFENDANTS L&D TRANSPORTATION SERVICES, INC. AND EDWARD CINNAMON'S MOTION TO EXTEND DISCOVERY

Now come the Defendants, L&D TRANSPORTATION SERVICES, INC. and EDWARD CINNAMON, by their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and move this Honorable Court to extend the fact discovery deadline. In support of this Motion, the Defendants state as follows:

1.   On August 25, 2004, the Court entered a discovery schedule requiring all fact discovery to be completed by January 14, 2004. A copy of the minute order is attached hereto as Exhibit "A."

2.   Defendants have issued several record subpoenas and to date the have not yet received all the requested records.

3.   On December 28, 2004, the parties took the deposition of the Plaintiff.

11

4. As a result of the Plaintiff's deposition testimony, the Defendants are in the process of issuing subpoenas for additional records from medical providers as well as from the Plaintiff's counsel.

5. The Plaintiff had surgery in June 2004 and is scheduled for a follow-up examination within the next sixty (60) days after her HMO insurance policy first approves the follow-up examination.

6. The Defendants require the findings and records of said follow-up examination of the plaintiff in order to determine if the plaintiff has reached maximum medical improvement before deposing the surgeon that performed the surgery.

7. The parties are proceeding with discovery and expect that the case will be ready in 2005 for trial and/or resolution.

8. The parties are not delaying intentionally and are diligently working to complete all required discovery in this case.

9. This motion will not result in undue prejudice to any party and is not being raised for unnecessary delay or other improper purpose.

10. Therefore, based on foregoing the Defendants respectfully request that this Honorable Court enter an order extending the fact discovery deadline for an additional ninety (90) days.

WHEREFORE, Defendants, L&D TRANSPORTATION SERVICES, INC. and EDWARD CINNAMON., respectfully request that this Honorable Court enter an order extending the fact discovery deadline for an additional ninety (90) days and for any other relief that this Court deems appropriate and just.

        Respectfully submitted,
        HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

        By: Shimon B. Kahan

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
208 South LaSalle Street, Suite 1154
Chicago, IL 60604
312-332-6644
ARDC No. 6207172

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Michael W. Dobbins                                              Office of the Clerk
    CLERK

Alton C. Haynes
Haynes, Studnicka, Kaham, O'Neill, Miller, LLC
208 South LaSalle Street
Suite 1154
Chicago, IL  60604

---

Case Number:   1:04-cv-02859       Other Court No: 04L002538

Title:   Marksteiner v. L&D Trans Svc Inc

Assigned Judge: Honorable Michael T. Mason

SCHEDULE set on 8/25/04 by Honorable Michael T. Mason :
Status hearing held and continued to 11/4/04 at 9:00 a.m.
Fact discovery ordered closed on 1/14/05. Mailed notice

This docket entry was made by the Clerk on August 25, 2004

ATTENTION:   This notice is being sent pursuant to Rule 77(d) of the
             Federal Rules of Civil Procedure or Rule 49(c) of the Federal
             Rules of Criminal Procedure.  It was generated by ICMS,
             the automated docketing system used to maintain the civil and
             criminal dockets of this District.  If a minute order or
             other document is enclosed, please refer to it for
             additional information.

For scheduled events, motion practices, recent opinions and other information,
visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges.
Check for rulings on noticed motions.  Also, subscribe to CourtWatch--a free
service--to receive e-mail notification of CourtWeb postings.

To apply for a PACER account, call 1.800.676.6856

