Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 2859 | **DATE** | 9/1/2005 |
| **CASE TITLE** | Marksteiner vs. L & D Transportation Svc et al. | | |

**DOCKET ENTRY TEXT:**

Pursuant to the parties' stipulation to dismiss, this case is dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said cause of action was brought having been settled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|